IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CVB INDUSTRIAL and<br>WILL TOLLISON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:16-CV-417 (MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANT TOLLISON'S MOTION TO DISMISS

Plaintiff Henderson, pro se, filed a complaint alleging age and discrimination claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. ("Title VII") and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*. ("ADEA") against his former employer, Defendant CVB Industrial, and supervisor, Will Tollison.  Doc. 1.  On October 25, 2016, attorney DeLugas entered his appearance on Henderson's behalf.  Doc. 8.  On November 23, 2016, Defendant Tollison filed a motion to dismiss (Doc. 12), asserting that: (1) Henderson has not alleged that Tollison is his employer under Title VII and the ADEA (Doc. 12-1 at 3-4); (2) Henderson's factual allegations do not demonstrate any adverse action or discriminatory motive by Tollison (*id*. at 5-7); and (3) Henderson's EEOC complaint against CVB Industrial did not exhaust Henderson's administrative remedies as to Tollison (*id*. at 7-8).  Henderson did not respond.

As this Court has had occasion to note: "A Title VII claim may only be made against an employee's "employer."  *Hampton v. Macon Bibb Cty. Transit Auth*., No.

5:14-CV-111 MTT, 2014 WL 2916849, at *6 (M.D. Ga.).  "Similarly, individuals cannot be held liable under the ADEA." *Tobar v. Fed. Defs. of the Middle Dist. of Ga., Inc.*, No. 5:12-CV-416 MTT, 2013 WL 441015, at *1 (M.D. Ga.).  The Court agrees with Tollison that Henderson has not alleged that Tollison is his employer under Title VII or the ADEA.  Accordingly, Tollison's motion to dismiss (Doc. 12) is **GRANTED** and Henderson's claims against Tollison are **DISMISSED without prejudice**.

**SO ORDERED,** this 22nd day of December, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
